TRANSFERRED MDL

# U.S. District Court
# Northern District of Alabama (Southern)
# CIVIL DOCKET FOR CASE #: 2:07-cv-01033-HGD

Staton et al v. Davol, Inc et al
Assigned to: Magistrate-Judge Harwell G Davis, III
Cause: 28:1446 Petition for Removal- Personal Injury

Date Filed: 06/04/2007
Jury Demand: Defendant
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**David Staton** represented by **Frank O Hanson, Jr**
LAW OFFICES OF FRANK O HANSON JR
4401 Gary Avenue
Fairfield, AL 35064
205-786-3775
Fax: 205-780-8540
Email: fohatty@bellsouth.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Terri Staton** represented by **Frank O Hanson, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc** represented by **Crawford S McGivaren, Jr**
CABANISS JOHNSTON GARDNER DUMAS & O'NEAL
PO Box 830612
Birmingham, AL 35283-0612
716-5200
Email: csm@cabaniss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Melanie M Bass**
CABANISS JOHNSTON GARDNER DUMAS & O'NEAL
PO Box 830612
Birmingham, AL 35283-0612

Case 1:07-cv-01855-ML-LDA Document 2 Filed 08/14/2007 Page 2 of 3

716-5200
Email: mmb@cabaniss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**C. R. Bard, Inc** represented by **Crawford S McGivaren, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Melanie M Bass**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/04/2007 | 1 | NOTICE OF REMOVAL by C. R. Bard, Inc, Davol, Inc, from Circuit Court of Jefferson County, Alabama, case number CV-2007-900670. ( Filing fee $ 350, receipt number: 500-55575) filed by C. R. Bard, Inc, Davol, Inc (Attachments: # 1 Exhibit Certificate of Service)(AHI) (Entered: 06/05/2007) |
| 06/04/2007 | 2 | NOTICE of Filing Notice of Removal by C. R. Bard, Inc, Davol, Inc (AHI) (Entered: 06/05/2007) |
| 06/04/2007 | 3 | NOTICE of Corporate Disclosure by C. R. Bard, Inc, Davol, Inc (AHI) (Entered: 06/05/2007) |
| 06/08/2007 | 4 | ANSWER to Complaint with Demand for trial by jury by C. R. Bard, Inc, Davol, Inc.(Bass, Melanie) (Entered: 06/08/2007) |
| 06/08/2007 | 5 | MOTION to Dismiss *Count IV and Count V of Plaintiffs' Complaint* by C. R. Bard, Inc, Davol, Inc. (Bass, Melanie) (Entered: 06/08/2007) |
| 06/08/2007 | 6 | Brief re5 MOTION to Dismiss *Count IV and Count V of Plaintiffs' Complaint Memorandum of Law in Support of* filed by C. R. Bard, Inc, Davol, Inc. (Bass, Melanie) (Entered: 06/08/2007) |
| 06/11/2007 | 7 | INITIAL ORDER GOVERNING ALL FURTHER PROCEEDINGS as more fully set out in order. Signed by Judge Harwell G Davis III on 06/11/07. (Attachments: # 1 Magistrate Consent form)(SPT, ) (Entered: 06/11/2007) |
| 06/11/2007 | 8 | ORDER that the plaintiffs shall file a response to the dfts motion to dismiss Count IV and Count V of plaintiffs complaint within 20 days from the date of entry of this order; dfts shall file any reply within 10 days thereafter. Signed by Judge Harwell G Davis III on 06/11/07. (SPT, ) (Entered: 06/11/2007) |
| 07/02/2007 | 9 | NOTICE by C. R. Bard, Inc, Davol, Inc *Notice of Discovery* (Bass, |

| | | |
|---|---|---|
| | | Melanie) (Entered: 07/02/2007) |
| 07/02/2007 | 10 | Amended MOTION to Dismiss *Paragraph 7, 8, 9, and 10 of Count One of Plaintiffs' Complaint* by C. R. Bard, Inc, Davol, Inc. (Bass, Melanie) (Entered: 07/02/2007) |
| 07/02/2007 | 11 | Brief *Memorandum of Law in Support of Defendants' Amended Motion to Dismiss Paragraph 7, 8, 9, and 10 of Count One of Plaintiffs' Complaint* filed by C. R. Bard, Inc, Davol, Inc. (Bass, Melanie) (Entered: 07/02/2007) |
| 08/14/2007 | 12 | ORDER Transferring Case to MDL: ORDER of Judicial Panel on Multidistrict Litigation transferring this case to the District of Rhode Island for inclusion in MDL; certified copy of docket entries and documents requested by transferee clerk mailed to Clerk of Court in District of Rhode Island. (SPT, ) (Entered: 08/14/2007) |



| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 08/14/2007 13:03:31 | | | |
| **PACER Login:** | us6061 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:07-cv-01033-HGD |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |