FILED
2007 Jun-08 PM 05:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION**

| | | |
|---|---|---|
| DAVID AND TERRY STATON,<br><br>Plaintiffs,<br><br>v.<br><br>DAVOL INC.; C. R. BARD, INC.; A; B; C; D; E; F; G; H; I; J; K; L; M; N,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.: CV-07-HGD-1033-S |

**DEFENDANTS' MOTION TO DISMISS**
**COUNT IV AND COUNT V OF PLAINTIFFS' COMPLAINT**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Davol, Inc. and Defendant C.R. Bard, Inc. (collectively, "Defendants") request that this Court dismiss plaintiff's breach of implied warranty and deceptive trade practices act counts. The warranty claim ("Breach of Warranty of Merchantability") may only be brought against sellers of products, not manufacturers such as defendants. For this reason, this count should be dismissed.

Plaintiffs' negligent, willful, or intentional concealment claims fail for lack of any independent duty on the part of either defendant to disclose information to the plaintiffs. They also fail for the independent reason that such claims are not pleaded with the particularity required by Rule 9(b) of the Federal Rules of Civil Procedure. For these two reasons, they should be dismissed.

The grounds for this motion are set out more fully in the Memorandum of Law that accompanies the motion, and the arguments and authorities cited there are incorporated herein by reference.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that the Court dismiss the above allegations in plaintiffs' Complaint.

Dated: June 8, 2007

Respectfully submitted,



Crawford McGivaren, Jr.
Melanie M. Bass
Cabaniss, Johnston, Gardner, Dumas & O'Neal LLP
2001 Park Place North
Suite 700
Birmingham, AL 35203
(205) 716-5200

*COUNSEL FOR DEFENDANT DAVOL, INC. AND DEFENDANT C.R. BARD, INC.*