FILED
2007 Jul-02 AM 11:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| DAVID AND TERRY STATON,<br><br>Plaintiffs,<br><br>v.<br><br>DAVOL INC.; C. R. BARD, INC.; A; B; C; D; E; F; G; H; I; J; K; L; M; N,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.: CV-07-HGD-1033-S |

**DEFENDANTS' AMENDED MOTION TO DISMISS**
**<u>PARAGRAPH 7, 8, 9, AND 10 OF COUNT ONE OF PLAINTIFFS' COMPLAINT</u>**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Davol, Inc. and Defendant C. R. Bard, Inc. (collectively, "Defendants") request that this Court dismiss plaintiffs' breach of implied warranty and breach of express warranty counts. The warranty claims may only be brought against sellers of products, not manufacturers such as defendants. For this reason, this count should be dismissed.

Plaintiffs' negligent, willful, or intentional concealment claims fail for lack of any independent duty on the part of either defendant to disclose information to the plaintiffs. They also fail for the independent reason that such claims are not pleaded with the particularity required by Rule 9(b) of the Federal Rules of Civil Procedure. For these two reasons, they should be dismissed.

The grounds for this motion are set out more fully in the Memorandum of Law that accompanies the motion, and the arguments and authorities cited there are incorporated herein by reference.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that the Court dismiss the above allegations in plaintiffs' Complaint.

Dated: July 2, 2007

Respectfully submitted,

Melanie M Bass GLM with express permission

Crawford McGivaren, Jr.
Melanie M. Bass
Cabaniss, Johnston, Gardner, Dumas & O'Neal LLP
2001 Park Place North
Suite 700
Birmingham, AL 35203
(205) 716-5200

*COUNSEL FOR DEFENDANT DAVOL, INC. AND DEFENDANT C.R. BARD, INC.*

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of the foregoing on all parties to this proceeding, or their attorney of record, as follows:

Mr. Frank O. Hanson, Jr.
4401 Gary Avenue
Fairfield, Alabama 35064

by placing the same in the United States mail, first class postage prepaid and properly addressed this 2nd day of July, 2007.

OF COUNSEL