**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **In re KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** | § § § | **CASE NO.: 07-1842-ML** |
| **THIS DOCUMENT RELATES ONLY TO *Staton v. Davol Inc., et. al.*** | § § § | ***Staton v. Davol Inc., et al.* C.A. 07-1033** |

## STIPULATION OF DISMISSAL

C.R. Bard, Inc. and Davol Inc. and David and Terri Staton submit this Stipulation of Dismissal as to Paragraphs 7, 8, 9, and 10 of the Complaint. This dismissal is *with prejudice* and without consideration.

Date: _________, 2007

Respectfully submitted,

*/s/ Joe G. Hollingsworth*

Joe G. Hollingsworth
Kirby T. Griffis
Spriggs & Hollingsworth
1350 I Street N.W.
Washington, DC 20005
(202) 898-5800
(202) 682-1639 (fax)

Mark T. Nugent
Morrison Mahoney LLP
121 South Main Street, Suite 600
Providence, RI 02903

Attorneys for Defendants
C.R. BARD, INC. and DAVOL INC.

*/s/ Frank O. Hanson, Jr.*

Frank O. Hanson, Jr.
Law Offices of Frank O. Hanson, Jr.
4401 Gary Avenue
Fairfield, AL 35064
(205) 786-3775

Attorneys for Plaintiffs
David and Terri Staton